UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

INGRID TORRES-LABOY

Defendant(s).
-------------------------------------------------------------X

DOC #_____

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20MA -CR- 1300 ) ( )

Defendant **Ingrid Torres-Laboy** hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

**X**  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**  Bail/Detention Hearing

___  Conference Before a Judicial Officer

/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Print Defendant's Name

*Sarah M. Sacks*
_____
Defendant's Counsel's Signature

**Sarah M. Sacks**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

December 7, 2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge