# EPSTEIN SACKS PLLC
ATTORNEYS AT LAW
100 LAFAYETTE STREET
SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

February 26, 2021

Hon. Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York      MEMORANDUM ENDORSEMENT
United States Courthouse
40 Foley Square
New York, NY 10007

By ECF

Re: *United States v. Ingrid Torres-Laboy*
20-MJ-13007

Dear Judge Fox:

We are assigned counsel to Ms. Torres-Laboy. At the request of the Government, Your Honor dismissed the above-captioned case against her. Pretrial services has been holding on to her passport, the surrender of which was a condition of her bail, and they are requiring a court order before they will return it. For these reasons, we respectfully request that the Court issue an order directing pretrial services to provide Ms. Torres-Laboy with her passport. We have consulted with the Government and they have no objection to this request.

Respectfully submitted,

*Sarah M. Sacks*

2/26/21

Application granted. The Pretrial Services Office shall return Ingrid Torres-Laboy's passport to her.
SO ORDERED:

*Kevin Nathaniel Fox*

Kevin Nathaniel mFox, U.S.M.J.